Axel J. Johnson, Doing Business as Axel J. Johnson & Co., Appellee, v. Abe Schwartz and Lily Schwartz, Appellants.

Gen. No. 46,566.

First District, Second Division.
May 17, 1955.
Released for publication June 30, 1955.

Merwin S. Rosenberg, for appellants; Jerome H. Stein, of counsel; Graham & McElligott, for appellee. Opinion by PRESIDING JUSTICE McCORMICK. Not to be published in full.